# Exhibit D

KEVIN T. SWEENEY
1250 15th Street West, Ste. 202
Billings, MT   59102
Telephone:   406-256-8060
Facsimile:   406-254-8448
ktsweeney@hotmail.com

ATTORNEY FOR PLAINITFF

FILED
February 11 2018
@ 11:25 am
Terry Halpin
CLERK OF THE
DISTRICT COURT
By:

MONTANA, THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

JAMES P. HEALOW,

   Plaintiff,
vs.

VOLKSWAGEN GROUP OF AMERICA, INC.,

   Defendant.

CAUSE NO. DV 17-1250

JUDGE   Michael G. Moses

SUMMONS

2018 JAN 16 AM 10:48

THE STATE OF MONTANA SENDS GREETINGS
TO THE ABOVE-NAMED DEFENDANT

You are hereby summoned to respond to the complaint in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your response and serve a copy thereof upon the plaintiff's attorney within twenty-one (21) days after the service of this summons, exclusive of the date of service; and in case of your failure to respond, judgment will be taken against you by default for the relief requested in the complaint.

WITNESS MY HAND and the SEAL of Court this 22 day of August, 2017.

TERRY HALPIN, Clerk of District Court

By: _Kathy Petersen_

( COURT SEAL )

KEVIN T. SWEENEY
1250 15th Street West, Ste. 202
Billings, MT   59102
Telephone:   406-256-8060
Facsimile:   406-254-8448
ktsweeney@hotmail.com

ATTORNEY FOR PLAINITFF



## MONTANA, THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| JAMES P. HEALOW,<br><br>        Plaintiff,<br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>        Defendant. | CAUSE NO. DV 17-1250<br><br>JUDGE   Michael G. Moses<br><br><br>**SUMMONS** |

### THE STATE OF MONTANA SENDS GREETINGS
### TO THE ABOVE-NAMED DEFENDANT

You are hereby summoned to respond to the complaint in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your response and serve a copy thereof upon the plaintiff's attorney within twenty-one (21) days after the service of this summons, exclusive of the date of service; and in case of your failure to respond, judgment will be taken against you by default for the relief requested in the complaint.

WITNESS MY HAND and the SEAL of Court this 22 day of August, 2017.

TERRY HALPIN, Clerk of District Court

By: _____Kathy Peterson_____

( COURT SEAL )



**RETURN OF SERVICE**
**DV171250**

CLERK OF THE
DISTRICT COURT
TERRY HALPIN
18000088

2018 FEB 1 AM 11 25

FILED

BY _____
   DEPUTY

**State of Montana**
**Lewis and Clark County Sheriff's Office**

I, **RENAE SMITH**, being duly sworn upon oath, deposes and says:
That (s)he is over eighteen years of age and not a party or attorney for a party or related to any of the parties to the action to which this service of process relates.

I hereby certify that I received the annexed, SUMMONS on 1/16/2018 and personally served the same on 1/24/2018 upon **VOLKSWAGEN GROUP OF AMERICA, INC.** by delivering to **VOLKSWAGEN GROUP OF AMERICA, INC., C/O CORPORATION SERVICE COMPANY, CINDI LEASE, 26 W. SIXTH AVENUE, HELENA, MT 59601** at the hour of **11:52 AM** and that the undersigned knows the person served to be the person in this document as having been served and intended to be served.

This document was personally served in the County of Lewis and Clark and a true and correct copy of said:

---

**SUMMONS, AMENDED COMPLAINT AND EXHIBIT 1**

---

was left with HIM/HER and HE/SHE was informed of the contents thereof.

DATED at Helena, Montana, on 1/26/2018

PROCESS/SERVICE CHARGE ($65.00)

Leo C. Dutton, Sheriff
By: _____
RENAE SMITH, Process Server

**Lewis and Clark County**
**Sheriff's Office -- Civil Division**
**221 Breckenridge Street**
**Helena, Montana 59601**