KEVIN T. SWEENEY
1250 15th St. West, Ste. 202
Billings, Montana  59102
Telephone (406) 256-8060
Fax 406-254-8448
kevintsweeney@hotmail.com

Attorney for Plaintiff

LODGED
FEB 2 1 2018
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| JAMES P. HEALOW, | ) |
| | ) Case No. 1:18-cv-00027-SPW-TJC |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| VOLKSWAGEN GROUP OF | ) **JUDGMENT** |
| AMERICA, INC., ROBERT BOSCH | ) |
| GMBH, ROBERT BOSCH, LLC | ) |
| | ) |
| Defendants. | ) |

Defendant Volkswagen Group of America, Inc., having made Pursuant to Rule 68, FRCivP, an Offer of Judgment to Plaintiff, to wit: "Judgment in favor of Plaintiff James P. Healow against VWGoA in the amount of Seven Thousand Six Hundred Dollars ($7,600), plus recoverable costs accrued to date."

AND Plaintiff James P. Healow having filed with the Court his

acceptance of the Offer of Judgment within the time allowed by rule;

NOW THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff James P. Healow recover from Defendant VOLKSWAGEN GROUP OF AMERICA the sum of Seven Thousand Six Hundred Dollars ($7,600.00), plus plaintiff's recoverable costs, which costs, per the Bill of Costs of even date herewith on file are Two Hundred Five Dollars ($205.00), in all a total of Seven Thousand Eight Hundred Five Dollars exactly ($7,805.00).

DATED this 21st day of February, 2018.

                              Clerk of United States District Court

                              By: _____